**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAYLOR FRAZIER | CASE NUMBER: 4:26-CR-00020-CDL |

## ORDER ON MOTION FOR CONTINUANCE

Defendant, Taylor Frazier has moved the Court to continue the trial in this case, presently scheduled for the December trial term. The Government does not oppose this motion. Defendant was arraigned on October 1, 2026 and is currently in custody. Additional time is needed for the pretrial investigation and to enter into plea negotiations between the defendant and government, if warranted. The Court finds that it is in the interests of justice to allow the parties additional time to complete an investigation, and to explore possible plea negotiations, and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's March 2027 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 22nd day of October, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA